24

1  KAREN P. HEWITT
   United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California State Bar No. 226590
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7854
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
          FILED

      AUG  7 2008

  CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

8

9                  UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

                                              08CR2593-W

11  UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ2255
                                     )
12                    Plaintiff,     )
                                     )    **STIPULATION OF FACT AND JOINT**
13          v.                       )    **MOTION FOR RELEASE OF**
                                     )    **MATERIAL WITNESS(ES) AND**
14  MIGUEL GOMEZ-VILLA,              )    **ORDER THEREON**
                                     )    _____
15                    Defendant.     )
                                     )    **(Pre-Indictment Fast-Track Program)**
16  _____  )

17       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Sabrina L. Feve, Assistant United States Attorney, and defendant MIGUEL GOMEZ-VILLA, by and

20  through and with the advice and consent of defense counsel, Norma A. Aguilar, Federal Defenders

21  of San Diego, Inc., that:

22       1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C.

27  § 1324(a)(1)(A)(iv) and (v)(II).

28  //

SLF:es:7/29/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **August 25, 2008**

6    4.    The material witness, Rosa Medel-Mares, in this case:

7        a.    Is an alien with no lawful right to enter or remain in the United States;

8        b.    Was induced or encouraged by defendant to enter the United States in

9    violation of the law on or about July 24, 2008;

10        c.    Was found in a vehicle driven by defendant at the San Ysidro, California Port

11    of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

12    with no lawful right to enter or remain in the United States;

13        d.    Was paying $2,500 to others to be brought into the United States illegally

14    and/or transported illegally to her destination therein; and,

15        e.    May be released and remanded immediately to the Department of Homeland

16    Security for return to her country of origin.

17    5.    After the material witnesses are ordered released by the Court pursuant to this

18    stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19    reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20    including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

22    substantive evidence;

23        b.    The United States may elicit hearsay testimony from arresting agents

24    regarding any statements made by the material witness(es) provided in discovery, and such testimony

25    shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26    of (an) unavailable witness(es); and,

27    //

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Miguel Gomez-Villa              2                        08MJ2255

1    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to her country of origin.

12    It is STIPULATED AND AGREED this date.

13    Respectfully submitted,

14    KAREN P. HEWITT
      United States Attorney

15

16  Dated: 8/7/08.

    SABRINA L. FEVE
17    Assistant United States Attorney

18

19  Dated: 8/6/08.

    NORMA A. AGUILAR
20    Defense Counsel for Gomez-Villa

21

22  Dated: 8/6/08.

    MIGUEL GOMEZ-VILLA
23    Defendant

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Miguel Gomez-Villa                3                08MJ2255

1

## ORDER

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to her country of origin.

6    **SO ORDERED.**

7    Dated: _____8/7/08_____ .

                                          _____
                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Miguel Gomez-Villa                    4                    08MJ2255